IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JENNIFER RUTH SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV No. 15-0301 SMV |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file her response to Plaintiff's Motion to Reverse and Remand (Doc. 21), the Court ORDERS that Defendant shall have until November 13, 2015, and Plaintiff shall have until December 14, 2015 to file her reply.

SIGNED  October 13 , 2015.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/13/15*
MANUEL LUCERO
Assistant United States Attorney

*Electronically approved 10/13/15*
FELIZ M. MARTONE
GARY J. MARTONE
SARAH L. MAESTAS BARNES
Attorneys for Plaintiff