# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JENNIFER RUTH SMITH,

    Plaintiff,

vs.                              CIV. NO. 1:15-cv-00301-SMV

CAROLYN W. COLVIN,
**Acting Commissioner of
Social Security,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 25), and good cause appearing,

**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings.

SIGNED:  November  13 , 2015

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Filed Electronically 11/13/2015*
MANUEL LUCERO
Assistant United States Attorney

*Electronically approved 11/9/15*
FELIZ M. MARTONE
Attorney for Plaintiff