# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JENNIFER RUTH SMITH,**

      **Plaintiff,**

**v.**                                                    **No. 15-cv-0301 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having granted on Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 25] by an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**